1 | TRACY L. WILKISON
Acting United States Attorney
2 | DAVID M. HARRIS
Assistant United States Attorney
3 | Chief, Civil Division
JOANNE S. OSINOFF
4 | Assistant United States Attorney
Chief, General Civil Section
5 | JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
6 |       Federal Building, Suite 7516
      300 North Los Angeles Street
7 |       Los Angeles, California 90012
      Telephone: (213) 894-8827
8 |       Facsimile: (213) 894-7819
      E-mail: jasmin.yang@usdoj.gov
9
   Attorneys for Defendants
10 | Andrew Hirshfeld and United States Patent and Trademark Office

11               UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14 | SNAP INC.                              | No. CV 22-00085-SVW-GJSx

15 |          Plaintiff,

16 |          v.                            | **STIPULATION TO STAY CASE**

17 | ANDREW HIRSHFELD,[1]                   | Honorable Stephen V. Wilson
   in his official capacity Performing the | United States District Judge
18 | Functions and Duties of the Under
   Secretary of Commerce for Intellectual
19 | Property and Director of the United
   States Patent and Trademark Office,
20
21 | And the UNITED STATES PATENT
   AND TRADEMARK OFFICE
22
           Defendants.
23

---

[1] The defendant is misidentified in the caption of the complaint. The defendant's correct name and official title have been substituted in the caption of this filing.

1

The parties jointly and respectfully request that the Court stay this case to provide the parties an opportunity to resolve the case before formal discovery commences. The grounds for this request are as follows:

## **BACKGROUND**

This case is a challenge to a final decision of the Trademark Trial and Appeal Board ("TTAB") of the United States Patent and Trademark Office ("USPTO") under Lanham Act § 21(b), 15 U.S.C. § 1071(b). Plaintiff, Snap Inc., seeks judicial review of the TTAB's decision affirming the USPTO's refusal to register SPECTACLES, as applied for in Trademark Application Nos. 87/177,292 and 87/211,997. Although the USPTO submits the administrative record to the Court in these cases, section 1071(b) allows the parties to offer new evidence for the Court's consideration. *See Hyatt v. Kappos*, 132 S. Ct. 1690 (2012).

Defendants were served with the complaint on January 14, 2022, and Defendants' response thereto is currently due on March 15, 2022.

The parties met and conferred by telephone on March 8, 2022. The parties anticipate that much of the new evidence to be developed in this case will comprise the work and opinions of expert witnesses. Although Defendants make no representations about how they will view this case after that expert evidence is developed, the parties agree that advancing the production and consideration of the expert evidence could lead to a resolution of this case, or at least a narrowing of the issues, before formal discovery commences.

## **STIPULATION**

In view of the foregoing, the parties state as follows:

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Snap Inc. ("Plaintiff") and Defendants Andrew Hirshfeld, in his official capacity Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and the United States Patent and Trademark Office ("Defendants"), through their respective counsel, subject to the

approval of the Court, that the instant action shall be stayed pending the voluntary, advanced exchange of expert reports, based on the following terms:

1. Plaintiff agrees to disclose to Defendants anticipated expert reports on or before May 9, 2022.
2. Defendants will review and consider expert evidence disclosed by Plaintiff, and will inform Plaintiff by June 10, 2022, whether they anticipate the case can be resolved without need for further litigation.
3. In the event the case is not resolved in principle by June 10, 2022, Defendants agree to disclose anticipated expert reports to Plaintiff on or before July 22, 2022.
4. The parties will provide a status report to the Court on or before August 12, 2022, which will include a statement indicating whether or not the parties believe a resolution is likely.
5. The parties agree that Defendants' initial response to the complaint shall be continued until after the stay is lifted.
6. The parties agree that the timeline set forth above is necessary and reasonable in light of the nature of potential expert testimony in this case.
7. The disclosures received under this agreement shall be for settlement purposes only and shall not be admissible as evidence. However, the disclosing party may later disclose such evidence as well as introduce additional evidence, including additional expert testimony, and/or conduct expert depositions, should the proceedings resume.

The proposed stay is requested in the interests of judicial economy. If an agreement to remand the case can be reached after the exchange of expert evidence outlined above, the stay would avoid the unnecessary and burdensome expenditure of the parties' and this Court's resources that would be required to adjudicate this action. If an agreement is not reached, the parties will have front-loaded much of the discovery in this case, meaning that the schedule can be streamlined moving forward. Moreover, there is

no prejudice to either party if the stay is granted. There are no pending deadlines (other than Defendants' initial response to the complaint) and therefore, a stay would not affect any current proceedings in this Court.

     Accordingly, the parties respectfully request a stay of the instant action until August 30, 2022.

     IT IS SO STIPULATED

Dated: March 14, 2022

/s/ David H. Bernstein
DAVID H. BERNSTEIN
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
Tel.: (415) 738-5700
Fax: (415) 644-5628
dhbernstein@debevoise.com

JARED I. KAGAN (Pro Hac Vice forthcoming)
PARKER C. EUDY (Pro Hac Vice forthcoming)
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Attorneys for Plaintiff

Dated: March 14, 2022

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney
Attorneys for Defendants

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **STIPULATION TO STAY CASE**.  In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, , has concurred in this filing.

DATED: March 14, 2022           */s/ Jasmin Yang*_____
                                JASMIN YANG
                                Assistant United States Attorney