UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNAP INC., | CASE NO. 2:22-cv-00085-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND STAY OF CASE** |
| KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE, | Honorable Steve Kim<br>United States Magistrate Judge |
| Defendants. | |

Considering the Stipulation to Extend Stay of Case (the "Stipulation") entered into between Plaintiff Snap Inc. ("Plaintiff") and Defendants Katherine K. Vidal, in her official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and the United States Patent and Trademark Office ("Defendants") and good cause appearing,

IT IS ORDERED that:

1. The Stipulation is approved.
2. The deadline for Plaintiff to disclose to Defendants anticipated expert reports shall be extended from June 10, 2022 up to and including July 8, 2022.
3. The deadline for Defendants to review and consider expert evidence disclosed by Plaintiff, and to inform Plaintiff whether they anticipate the case can be resolved without need for further litigation, shall be extended from July 15, 2022 up to and including August 12, 2022.
4. The deadline for Defendants to disclose anticipated expert reports to Plaintiff, in the event that the case is not resolved in principle, shall be extended from August 19, 2022 up to and including September 16, 2022.
5. The deadline for the parties to provide a joint status report to the Court shall be extended from August 30, 2022 until September 23, 2022.  Said status report will include a statement indicating whether or not the parties believe a resolution is likely.

6. The disclosures received under the parties' agreement outlined in the Stipulation shall be for settlement purposes only and shall not be admissible as evidence. However, the disclosing party may later disclose such evidence as well as introduce additional evidence, including additional expert testimony, and/or conduct expert depositions, should the proceedings resume.

7. This case is stayed through September 30, 2022.

Dated: __June 10, 2022__   _____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE