E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov

Attorneys for Defendants Katherine K. Vidal
and the United States Patent and Trademark Office

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNAP INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE K. VIDAL, et al.,<br><br>    Defendants. | No. CV 22-00085-SK<br><br>**JOINT REQUEST FOR CLARIFICATION OF SCHEDULING ORDER**<br><br>Honorable Steve Kim<br>United States Magistrate Judge |

Plaintiff Snap Inc. ("Snap") and Defendants Katherine K. Vidal and the United States Patent and Trademark Office ("USPTO") hereby submit a joint Request for Clarification of the Court's Scheduling Order dated November 2, 2022 (Dkt. 43). The Scheduling Order sets the case for trial by *jury* and does not provide a deadline for pretrial filings (*id.* at 1).

First, a jury trial is not appropriate in this action. This case arises under 15 U.S.C. § 1071(b), which does not provide a right to a jury trial, nor are there any issues triable by a jury. *See Millers' Mutual Ins. Ass'n v. Quigg*, No. 86-5354, 1987 WL 39928, at *1 (S.D. Ill. May 26, 1987) (citing *Lehman v. Nakshian*, 453 U.S. 156 n.9 (1981)).

Second, the Scheduling Order does not set deadlines for any pretrial filings, such as the memoranda of contentions of fact and law, witness lists, exhibit lists, final pretrial conference order, and motions *in limine* (hereinafter collectively referred to as the "Pretrial Filings"), but does set an Initial Pretrial Conference for October 18, 2023. Under the Local Rules, deadlines for Pretrial Filings are calculated in relation to the Final Pretrial Conference. *See, e.g.*, L.R. 16-4, 16-5, 16-6, 16-7. The parties wish to clarify that the Pretrial Filings are not due prior to the Initial Pretrial Conference and that those deadlines will be set at the Initial Pretrial Conference.

Third, the parties stipulated to exceed the page limit set forth in L.R. 11-6 such that Defendants' memoranda in support of any motion for summary judgment may not exceed 50 pages, Plaintiff's memoranda in support of any cross-motion for summary judgment and opposition to Defendants' motion for summary judgment may not exceed 50 pages, Defendants' reply in support of their summary judgment motion and any opposition to Plaintiff's cross-motion for summary judgment may not exceed 35 pages, and Plaintiff's reply in support of its cross-motion for summary judgment may not exceed 20 pages (Dkt. 41, at 3-4).

Accordingly, the parties request that the Court clarify: (1) whether this action will be a bench trial; (2) that Pretrial Filings are not due prior to the Initial Pretrial Conference and the deadlines for the pretrial documents will be set at the October 18,

1

2023 Initial Pretrial Conference; and (3) whether the stipulation to exceed the page limit set forth in L.R. 11-6 has been approved.

| | |
|---|---|
| Dated: November 29, 2022 | /s/ David H. Bernstein |
| | DAVID H. BERNSTEIN |
| | Debevoise & Plimpton LLP |
| | 650 California Street |
| | San Francisco, CA 94108 |
| | Tel.: (415) 738-5700 |
| | Fax: (415) 644-5628 |
| | dhbernstein@debevoise.com |
| | |
| | JARED I. KAGAN (*Pro Hac Vice forthcoming*) |
| | PARKER C. EUDY (*Pro Hac Vice forthcoming*) |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | Tel.: (212) 909-6000 |
| | Fax: (212) 909-6836 |
| | *Attorneys for Plaintiff* |
| Dated: November 29, 2022 | E. MARTIN ESTRADA |
| | United States Attorney |
| | DAVID M. HARRIS |
| | Assistant United States Attorney |
| | Chief, Civil Division |
| | JOANNE S. OSINOFF |
| | Assistant United States Attorney |
| | Chief, General Civil Section |
| Special Counsel: | |
| THOMAS W. KRAUSE | /s/ Jasmin Yang |
| Solicitor | JASMIN YANG |
| CHRISTINA J. HIEBER | Assistant United States Attorney |
| Senior Counsel for Trademark Litigation | |
| MAI-TRANG DANG | MICHAEL GRANSTON |
| BENJAMIN T. HICKMAN | Deputy Assistant Attorney General |
| MARY BETH WALKER | GARY L. HAUSKEN |
| Associate Solicitors | Director |
| United States Patent and Trademark Office | LUCY GRACE D. NOYOLA |
| Office of the Solicitor | Trial Attorney |
| Mail Stop 8, P.O. Box 1450 | Commercial Litigation Branch |
| Alexandria, Virginia 22313-1450 | Civil Division |
| (571) 272-9035 | Department of Justice |
| marybeth.walker@uspto.gov | Washington, DC 20530 |
| | Telephone: (202) 514-6090 |
| | Facsimile: (202) 307-0345 |
| | Email: Lucy.Grace.D.Noyola@usdoj.g |
| | *Attorneys for Defendants* |

2

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **JOINT REQUEST FOR CLARIFICATION OF SCHEDULING ORDER**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, David H. Bernstein, has concurred in this filing.

DATED: November 29, 2022      /s/ *Jasmin Yang*

                              JASMIN YANG