E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov

Attorneys for Defendants Katherine K. Vidal
and the United States Patent and Trademark Office

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNAP INC.<br><br>    Plaintiff,<br><br>  v.<br><br>KATHERINE K. VIDAL, et al.,<br><br>    Defendants. | No. CV 22-00085-SK<br><br>**ORDER GRANTING JOINT REQUEST FOR CLARIFICATION OF SCHEDULING ORDER**<br><br>Honorable Steve Kim<br>United States Magistrate Judge |

The Joint Request for Clarification of Scheduling Order filed by Plaintiff Snap

1

Inc. ("Snap") and Defendants Katherine K. Vidal and the United States Patent and Trademark Office ("USPTO") having come before the Court and good cause appearing therefor, the Joint Request for Clarification is GRANTED. The Scheduling Order (Dkt. 43) is hereby amended to reflect:

(1) That any trial of this matter will be before the Court and not a jury;

(2) That the parties' memoranda of contentions of fact and law, witness list, exhibit list, final pre-trial conference order, and motions *in limine* (hereinafter collectively referred to as the "Pretrial Filings") are not due prior to the Initial Pretrial Conference on October 18, 2023. The deadlines for the Pretrial Filings will be set at the October 18, 2023 Initial Pretrial Conference; and

(3) The parties' stipulation to exceed the page limit set forth in L.R. 11-6 is approved as follows:

    a. Defendants' memoranda in support of any motion for summary judgment may not exceed 50 pages,

    b. Plaintiff's memoranda in support of any cross-motion for summary judgment and opposition to Defendants' motion for summary judgment may not exceed 50 pages,

    c. Defendants' reply in support of their summary judgment motion and any opposition to Plaintiff's cross-motion for summary judgment may not exceed 35 pages, and

    d. Plaintiff's reply in support of its cross-motion for summary judgment may not exceed 20 pages.

IT IS SO ORDERED.

Dated: November 29, 2022

STEVE KIM
UNITED STATES MAGISTRATE JUDGE