UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SNAP INC., | No. CV 22-00085-SK |
| Plaintiff, | [PROPOSED] **JUDGMENT** |
| v. | |
| KATHERINE K. VIDAL, | |
| Defendant. | |

Following a bench trial that took place March 12-14, 2024, post-trial briefing, and further oral argument on May 29, 2024, the Court issued its Memorandum Opinion and Order ("Memorandum Opinion") on September 27, 2024 (Dkt. 158).

Consistent with the Memorandum Opinion and the Court's order dated May 2, 2024 (Dkt. 145), the Court orders and enters judgment as follows:

(a) The applied-for mark SPECTACLES both as a word and stylized mark in trademark application Serial Nos. 87/177,292 and 87/211/997 (collectively, the "Applications") is not eligible for registration on the Principal Register at this time;

(b) The Applications are eligible for registration on the Supplemental Register at this time;

(c) The Applications are hereby remanded to the United States Patent and Trademark Office (USPTO).  Within 30 days of entry of this Judgment, the USPTO shall take the necessary steps to amend the Applications for registration on the Principal Register to registration on the Supplemental Register, and after entry of the amendments the USPTO shall promptly approve the Applications for registration on the Supplemental Register.

IT IS SO ORDERED.

Dated: October 15, 2024

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

1