UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNAP INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHERINE K. VIDAL,<br><br>    Defendant. | No. CV 22-00085-SK<br><br>**ORDER APPROVING STIPULATION REGARDING EXPENSES UNDER 15 U.S.C. § 1071(b)(3)**<br><br>Honorable Steve Kim<br>United States Magistrate Judge |

1

Upon consideration of the Stipulation Regarding Expenses under 15 U.S.C. § 1071(b)(3) the ("Stipulation") entered into by Plaintiff Snap, Inc. ("Plaintiff") and Defendant Katherine K. Vidal, in her official capacity as Director of the United States Patent & Trademark Office ("Defendant") (collectively "the Parties"), and good cause appearing,

IT IS ORDERED that:

1. The Stipulation is approved.

2. Plaintiff will pay Defendant $200,000 for all "expenses" pursuant to 15 U.S.C. § 1071(b)(3) that were or could have been claimed in the above-captioned civil action.

3. Upon Plaintiff's payment of the sum recited above, Defendant accepts this consideration in full satisfaction of all claims for "expenses" pursuant to 15 U.S.C. § 1071(b)(3) that were or could have been claimed in the above-captioned civil action.

4. Beyond the "expenses" recited above, each party agrees to respectively bear any remaining costs, expenses, and attorneys' fees it incurred.

IT IS SO ORDERED.

Dated: December 20, 2024

_____
STEVE KIM
United States District Judge